STEVEN P. COGER (State Bar No. 170765)
PACIFIC TELESIS GROUP LEGAL DEPARTMENT
140 New Montgomery Street, 11th Floor
San Francisco, California 94105
Telephone: 415.542.2112
Facsimile:  415.777.1311

Attorneys for Defendant
SBC COMMUNICATIONS INC.

JAMES F. KING (State Bar No. 41219)
MANNON, KING & JOHNSON
Savings Bank Building, Suite 304
Post Box 419
Telephone: 707.468.9151
Facsimile:  707.468.0284

Attorneys for Plaintiff
KRISTINA LYNN BADER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the<br><br>LESTER J. DIETZ 2004 REVOCABLE TRUST, established on October 29, 2004, as amended on November 1, 2004 by Lester J. Dietz, decedent.<br><br>————————————————<br><br>KRISTINA LYNN BADER, as successor trustee of The Lester J. Dietz 2004 Revocable Trust,<br>          Petitioner,<br><br>          vs.<br><br>RUBY DIETZ; SBC COMMUNICATION, INC., corporation; and DOES 1 through 10,<br>          Respondent. | Case No. C 05 2729 MJJ<br><br>**STIPULATED DISMISSAL OF ALL CLAIMS RELATED TO PENSION BENEFITS UNDER THE BELL SYSTEMS MANAGEMENT PENSION PLAN AND/OR THE SBC PENSION BENEFIT PLAN AGAINST ALL DEFENDANTS WITH PREJUDICE**<br><br>[Federal Rules of Civil Procedure, Rule 41(a)(1)]<br><br>Granted |

STIPULATED DISMISSAL OF ALL PENSION BENEFITS CLAIMS - CASE NO. C 05 2729 MJJ

SEP-06-2005 16:03   MANNON & KING                          7074680284   P.04/04

IT IS HEREBY STIPULATED by and between the parties to this action either individually or through their designated counsel that all claims related to pension benefits under the Bell Systems Management Pension Plan and/or the SBC Pension Plan be and hereby are forever dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

Respectfully submitted,

DATED: Sept. 2, 2005          MANNON, KING & JOHNSON

                              BY: JAMES F. KING
                              Attorneys for Plaintiff
                              KRISTINA LYNN BADER

DATED: Sept 19, 2005          SBC WEST LEGAL DEPARTMENT

                              BY: STEVEN P. COGER
                              Attorneys for Defendant
                              SBC COMMUNICATIONS INC.

DATED: August 9-16-, 2005

                              BY: RUBY DIETZ
                              Defendant, In Propria Persona

9/21/2005

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Martin J. Jenkins]