IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BADER, | No. C05-02729 MJJ |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| v. | |
| DIETZ ET AL, | |
| Respondents. | |

The Court has received no opposition or statement of non-opposition from Respondents to Petitioner's Motion To Remand (Docket No. 14), which is scheduled for hearing on February 28, 2006. Under the Civil Local Rules, the opposition was due three weeks before the hearing date. This hearing is hereby **VACATED**.

Respondents are hereby **ORDERED** to show good cause in writing, by February 20, 2006, why no opposition or statement of non-opposition has been filed to date, and why any tardy filing should be considered at this point given the guidelines of the Local Rules, as well as the Court's Standing Order for civil cases.

1  Respondents should file their opposition or statement of non-opposition with their response
2 to this order to show cause, and Petitioner may file a reply, due one week later.  Failure to respond to
3 this order shall result in the imposition of sanctions, which may include granting the motion.

**IT IS SO ORDERED.**

**Dated:** February 16, 2006

**MARTIN J. JENKINS**
**UNITED STATES DISTRICT JUDGE**