IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BADER, | No. C05-02729 MJJ |
| Petitioner, | **ORDER EXTENDING TIME FOR RESPONDENTS TO REPLY TO THE ORDER TO SHOW CAUSE** |
| v. | |
| DIETZ ET AL, | |
| Respondents. | |

On February 16, 2006, the Court issued an Order to Show Cause (Docket No. 16), ordering Respondents to show good cause, by February 20, 2006, as to why Respondents have not filed a statement of opposition or non-opposition. The Court hereby **EXTENDS** the time Respondents have to respond to the Court's Order. Respondent's response to that Order and statement of opposition or non-opposition is not due until **March 6, 2006**, and Petitioner may file a reply brief one week later. Except for the change in dates, the Court's earlier order stands as issued.

**IT IS SO ORDERED.**

**Dated:** February 16, 2006

**MARTIN J. JENKINS**
**UNITED STATES DISTRICT JUDGE**